# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMMANUEL WILLIAMS | Case No.: 4:19-CR-00038-CDL-MSH-1 |

## ORDER ON MOTION FOR CONTINUANCE OF PRE-TRIAL CONFERENCE

Defendant **EMMANUEL WILLIAMS**, has moved the Court to continue the pre-trial conference of his case, presently scheduled for November 25, 2019 and to continue the trial to the Court's term of court scheduled to begin on February 24, 2019. The Government does not oppose this motion. Defendant was arraigned on October 23, 2019, and is currently in custody. Additional time is needed for pretrial investigation, legal research and to enter into plea negotiations between the defendant and government if warranted. The Court finds that it is in the interests of justice to allow the continuance for additional time to allow the parties to complete a thorough investigation, legal research and to explore possible plea negotiations and this interest outweighs the interest of the Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 18] is **GRANTED**, and it is hereby ordered that this case shall be continued until February 24, 2019 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this **13th** day of **November 2019**.

s/Clay D. Land
HONORABLE CLAY D. LAND